# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

THOMAS SZCZYPIORSKI

    VS                                                    CASE NO.  4:19cv207-MW/CAS

THE FLORIDA DEPARTMENT
OF CORRECTIONS,
CENTURION OF FLORIDA, LLC,
and
DR. ANGEL CORTES

## JUDGMENT

This case is dismissed without prejudice under Federal Rule of Civil Procedure 41(a).

                                                        JESSICA J. LYUBLANOVITS
                                                        CLERK OF COURT

 July 12, 2019                            s/Betsy Breeden
DATE                                          Deputy Clerk: Betsy Breeden